AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 USC sec. 1546(a)-False Statement on an Immigration Document; 18 U.S.C. sec 1001- False Statement to U.S.;18 U.S.C. sec. 371-Conspiracy

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

### DEFENDANT - U.S.

▶ DORIS AKUYOMA ANYANWU

**DISTRICT COURT NUMBER**

CR 07  0677  SI

**PENALTY:**
18 U.S.C. 1546(a):  10 years; $250,000 fine; 3 years supervised release; $100 special assessment
18 U.S.C. 1001 and 371: 5 years; $250,000 fine; 3 years supervised release; $100 special assessment

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y   ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Allison Marston Danner

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____ Month/Day/Year

DATE OF ARREST ▶ _____ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ _____ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: no bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

18 USC sec. 1546(a)-False Statement on an Immigration Document; 18 U.S.C. sec. 371-Conspiracy to Make False Statement to U.S.

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
18 U.S.C. 1546(a): 10 years; $250,000 fine; 3 years supervised release; $100 special assessment
18 U.S.C. 371: 5 years; $250,000 fine; 3 years supervised release; $100 special assessment

---- DEFENDANT - U.S. ----

▶ ANDREW IHENTUGE ASHIEGBU

DISTRICT COURT NUMBER
CR 07 0677 SI

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  Allison Marston Danner

---- DEFENDANT ----

IS NOT IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: no bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

v.

DORIS AKUYOMA ANYANWU
ANDREW IHENTUGE ASHIEGBU




**CR 07 0677**

SI

---

DEFENDANT.

## INDICTMENT



---

*INDICT*

A true bill.

_____
Foreman

Filed in open court this _____ day of
_____

BETTY FONG
_____ Clerk

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

Bail, $ _____
No Bail Warrant

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                SAN FRANCISCO DIVISION
12
13 | UNITED STATES OF AMERICA,       )   No.
                                    )
14 |     Plaintiff,                  )   VIOLATIONS: 18 U.S.C. § 1546(a)– False
                                    )   Statement on Immigration Document
15 |     v.                          )   (Counts One and Two); 18 U.S.C. § 1001-
                                    )   False Statement to an Agency of the United
16 | DORIS AKUYOMA ANYANWU and      )   States (Count Three); 18 U.S.C. § 371 –
   | ANDREW IHENTUGE ASHIEGBU,      )   Conspiracy (Count Four)
17                                  )
   |     Defendants.                )
18 |_____ )   **(Under Seal)**
19
20
21                         I N D I C T M E N T
22 The Grand Jury charges:
23
24 COUNT ONE:      18 U.S.C. § 1546(a)– False Statement on an Immigration Document
25      1.    On or about December 5, 2005, in the Northern District of California and
26 elsewhere, the defendant
27                         DORIS AKUYOMA ANYANWU,
28 did knowingly subscribe as true a false statement with respect to a material fact in a Worksheet

INDICTMENT



for Status as a Temporary Resident under Section 245A of the Immigration and Naturalization Act, a document required by the immigration laws and regulations, in violation of Title 18, United States Code, Section 1546(a).

COUNT TWO:    18 U.S.C. § 1546(a)– False Statement on an Immigration Document

2. On or about February 2, 2006, in the Northern District of California and elsewhere, the defendant

ANDREW IHENTUGE ASHIEGBU

did knowingly subscribe as true a false statement with respect to a material fact in Declaration for CSS/LULAC Legalization and Life Act Adjustment, a document required by the immigration laws and regulations, in violation of Title 18, United States Code, Section 1546(a).

COUNT THREE:    18 U.S.C. § 1001– False Statement to an Agency of the United States

3. On or about October 3, 2006, in the Northern District of California, the defendant

DORIS AKUYOMA ANYANWU,

in matter within the jurisdiction of the United States Citizenship and Immigration Service, did knowingly and wilfully make a material false statement to the United States Citizenship and Immigration Service, an agency of the United States, by stating that she had lived with ANDREW ASHIEGBU between 1981 and 1989 in Tulsa, Oklahoma, in violation of Title 18, United States Code, Section 1001.

COUNT FOUR:    18 U.S.C. § 371 – Conspiracy to Make False Statements to an Agency of the United States

4. Beginning on a date unknown to the Grand Jury, but by no later than on or about February 2, 2006 and continuing to on or about December 6, 2006, in the Northern District of California and elsewhere, the defendants

DORIS AKUYOMA ANYANWU and
ANDREW IHENTUGE ASHIEGBU

INDICTMENT
2

1  and other persons did knowingly and intentionally conspire to commit an offense against the
2  United States, in that the defendants did knowingly and wilfully conspire to make material false
3  statements to the United States Citizenship and Immigration Service, an agency of the United
4  States, in violation of Title 18, United States Code, Section 1001.

5  <u>OVERT ACTS</u>

6  5.   In furtherance of the conspiracy and to effect the objects thereof, a member of the
7  conspiracy committed the following overt act, among others, in the Northern District of
8  California:

9    a.   On or about November 6, 2006, defendant DORIS AKUYOMA
10 ANYANWU did knowingly and wilfully make a material false statement in a letter sent to the
11 United States Citizenship and Immigration Service offices in San Francisco.

12   All in violation of Title 18, United States Code, Section 371.

13
14 DATED:   10-25-07                    A TRUE BILL.
15
16                                      /s/ FOREPERSON
17 SCOTT N. SCHOOLS
   United States Attorney
18
19
20 KYLE F. WALDINGER
   Deputy Chief, Major Crimes Section
21
22 (Approved as to form: /s/                )
                          AUSA Danner
23
24
25
26
27
28

INDICTMENT
3