1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  ALLISON MARSTON DANNER (CASBN 195046)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7144
7      Fax: (415) 436-7234
       Email: allison.danner@usdoj.gov
8
   Attorneys for Plaintiff
9
10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                        SAN FRANCISCO DIVISION

                        CR 07 0677 SI

14 | UNITED STATES OF AMERICA,           ) No.
                                         )
15 |      Plaintiff,                     ) UNITED STATES' APPLICATION TO
                                         ) SEAL INDICTMENT AND [PROPOSED]
16 |   v.                                ) ORDER
                                         )
17 | DORIS AKUYOMA ANYANWU and           ) (UNDER SEAL)
   | ANDREW IHENTUGE ASHIEGBU,           )
18 |                                     )
   |      Defendants.                    )
19 | _____)

20

21      The government hereby moves the Court for an order sealing the indictment, this motion,
22  and the Court's sealing order until further order of the Court. Defendant Doris Akuyoma
23  Anyanwu is a citizen of Nigeria. Co-defendant Andrew Ashiegbu is her brother-in-law. The
24  United States is concerned that Anyanwu poses a risk of flight if she learns of the indictment in
25  this matter before she is arrested and brought before the Court for her initial appearance. Should
26  the Court grant this motion, the government intends to ask the Court to unseal the indictment at
27  Anyanwu's initial appearance. The United States requests that this Court order the Clerk of the
28  Court to furnish copies of the arrest warrant to the United States Attorney's Office and to Special

UNITED STATES' APPLICATION
TO SEAL INDICTMENT

1  Agents of Immigration and Customs Enforcement. The United States also requests copies of the
2  sealed Indictment and this Application and Order.

3  DATED: October 25, 2007              Respectfully submitted,
4
5                                        SCOTT N. SCHOOLS
                                         United States Attorney
6
7                                        _____
                                         ALLISON M. DANNER
                                         Assistant United States Attorney
8
9
10
11                          **[PROPOSED] ORDER**
12      Based upon the motion of the government and for good cause shown, IT IS HEREBY
13  ORDERED that the indictment, this motion, this sealing order, and all related papers shall be
14  sealed until further order of the Court. The Clerk of the Court is ordered to furnish copies of the
15  Indictment and arrest warrant in this matter to the United States Attorney's Office and to Special
16  Agents of Immigration and Customs Enforcement. The Clerk of the Court is also ordered to
17  furnish copies of the United States' Sealing Application and this Sealing Order to the United
18  States Marshals Service, Special Agents of Immigration and Customs Enforcement, and the U.S.
19  Attorney's Office..
20
21  DATED: October __, 2007              _____
                                         EDWARD M. CHEN
22                                       United States Magistrate Judge
23
24
25
26
27
28

UNITED STATES' APPLICATION
TO SEAL INDICTMENT