1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  ALLISON MARSTON DANNER (CSBN 195046)
   Assistant United States Attorney
5
6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7144
7     FAX: (415) 436-7234
      Email: allison.danner@usdoj.gov
8
9  Attorneys for the United States

FILED
NOV 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0677 SI |
| Plaintiff, | **UNITED STATES' APPLICATION TO UNSEAL THE ENTIRE CASE FILE** |
| v. | |
| DORIS AKUYOMA ANYANWU and ANDREW IHENTUGE ASHIEGBU, | |
| Defendants. | |

The United States hereby moves this Court to UNSEAL the entire case file in the above-captioned matter following the arrest of ANDREW ASHIEGBU on November 1, 2007.

DATED: November 1, 2007            Respectfully submitted,

                                   SCOTT N. SCHOOLS
                                   United States Attorney

                                   /s/ Allison M. Danner
                                   ALLISON M. DANNER
                                   Assistant United States Attorney

UNSEALING APPLICATION
CR 07-0677 SI