FILED
NOV 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DORIS AKUYOMA ANYANWU and ANDREW IHENTUGE ASHIEGBU,<br><br>Defendants. | No. CR 07-0677 SI<br><br>**UNSEALING ORDER** |

Good cause appearing therefor, it is hereby ordered that the entire case file in the above-captioned matter be UNSEALED.

DATED: November 1, 2007

_____
BERNARD ZIMMERMAN
United States Magistrate Judge

UNSEALING ORDER
CR 07-0677 SI