| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER** <br> Courtroom Clerk: **Barbara Espinoza** |

<u>**CRIMINAL PRETRIAL MINUTES**</u>

Date: **January 16, 2008**

Reporter**: Kelly Bryce**

**Case No:** <u>CR-07-0654- CRB</u>          **DEFT:** <u>  LINDA ASHIEGBU  </u>
**Case No:** <u>CR-07-0677- CRB</u>          **DEFT:** <u>  ANDREW ASHIEGBU, DORIS ANYANWU</u>
                                                                    (X)Present

AUSA:  <u>Allison Danner</u>                           DEF ATTY:  <u>Steve Kalar, Julia Jayne</u>

**REASON FOR HEARING**  <u>Status Conference                                </u>

**RESULT**  <u>Held, time excluded from 1/16/2008 to 2/13/2008 for effective preparation of</u>
<u>counsel.                                                                                </u>

Motions (if any) to be filed<u>              </u>
Motions to be noticed to be heard no later than <u>            </u> otherwise, they will be deemed to be waived.

**Case Continued to** <u>February 13, 2008 @ 2;15 p.m.</u>  **for** <u>Status Conference   </u>


**JUDGMENT**<u>                                                                                </u>
<u>                                                                                             </u>


Notes:<u>                                                                  </u>
<u>                                                                                             </u>