| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **THE HONORABLE CHARLES R. BREYER** |
| **NORTHERN DISTRICT OF CALIFORNIA** | Courtroom Clerk: **Barbara Espinoza** |

## CRIMINAL PRETRIAL MINUTES

Date: **March 26, 2008**

Reporter**: Belle Ball**

Case No: **CR-07-0654-CRB**                                    DEFT:    **LINDA ASHIEGBU**
related case
Case No: **CR-07-0677 CRB**                                    **ANDREW ASHIEGBU, DORIS ANYANWU**
                                                                                        (X)Present

AUSA:  Allison Danner                                    DEF ATTY: Steve Kalar, Phil Vaughn, Julia Jayne
USPO:

**REASON FOR HEARING**    Status Conference

**RESULT**   Government to file letter with attached documents by 4/07/2008, defendant's responses by 4/18/2008.  Time excluded from 3/26/2008 to 4/23/2008.

Motions (if any) to be filed
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** April 23, 2008 @ 2:15 p.m.   **for** Status Conference

**JUDGMENT**

Notes: