JAMES PHILLIP VAUGHNS, CSBN 124040
Law Offices of James P. Vaughns
6114 LaSalle Avenue, Suite 289
Oakland, CA 94611
(510) 583-9622

Counsel for Defendant Ashiegbu

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-0677 CRB |
|---|---|---|
| Plaintiff, | ) ) | DEFENDANT ANDREW ASHIEGBU'S JOINDER IN DEFENDANT LINDA ASHIEGBU'S MOTION TO SUPPRESS STATEMENTS |
| v. | ) ) ) | |
| ANDREW IHENTUGE ASHIEGBU, | ) ) | |
| Defendant. | ) ) ) | Date: June 11, 2008 Time: 2:15 p.m. Hon. Charles R. Breyer |

PLEASE TAKE NOTICE that defendant ANDREW ASHIEGBU hereby joins in the following motion contemporaneously filed by defendant LINDA ASHIEGBU in the related case CR-08-00654, and adopts the arguments and authorities contained therein to the extent to which they are applicable to defendant ANDREW ASHIEGBU.

1. DEFENDANT'S MOTION TO SUPPRESS STATEMENTS


Dated: May 14, 2008                              Respectfully submitted,



                                                 _____
                                                 JAMES PHILLIP VAUGHNS
                                                 Attorney for ANDREW ASHIEGBU