# EXHIBIT 1

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    FAX: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-0677 CRB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | DECLARATION OF SENIOR SPECIAL AGENT LESLEY BROWN IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO TAKE A RULE 15 DEPOSITION |
| ANDREW ASHIEGBU and DORIS ANYANWU, | ) | |
| Defendants. | ) | |

    I, Lesley Brown, declare:

    1.    I have personal knowledge of the facts set forth below, except as to those matters stated on information and belief which I am informed and believe to be true. If called as a witness, I could and would testify competently to the facts stated in this declaration.

    2.    I am a Senior Special Agent employed by the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"). I have been a Special Agent for six years. Prior to this I was with the Inspections Division of the (legacy) Immigration and Naturalization Service for ten years. My current assignment is to the human trafficking/human smuggling division. I have had this assignment for over one year. I am the case agent in this investigation.

DECLARATION OF LESLEY BROWN
[CR 07-0677 CRB]

3. Service archive records show that Alice ANYANWU, the mother of Doris ANYANWU (aka: Doris UDEH), Linda ASHIEGBU (aka: Linda ANYANWU) and Emmanuel ANYANWU applied for a non immigrant visitor visa on or about February 24, 2000. The visa was initially refused but was ultimately issued by the US Embassy in Lagos, Nigeria. The visa issued was a one entry visa valid for three months.

4. Alice ANYANWU entered the United States on or about April 14, 2000 and was admitted as a non immigrant visitor for pleasure for a period of time not to exceed October 14, 2000.

5. Service archive records indicate that Alice ANYANWU departed the United States on or about February 6, 2002.

6. There is no record of any other visa to enter the United States issued to Alice ANYANWU.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my recollection and belief. Executed this 28th day of May, 2008 at San Francisco, California.

*[signature]*

LESLEY BROWN

DECLARATION OF LESLEY BROWN
[CR 07-0677 CRB]

2