| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **June 11, 2008**

Reporter**: Raynee Mercado**

| | |
|---|---|
| **Case No:** CR-07-0654 CRB<br>related case:<br>**Case No.** <u>CR-07-0677 CRB</u> | **DEFT:** LINDA ASHIEGBU<br>(X)Present<br>**DEFT:** ANDREW ASHIEGBU, DORIS ANYANWU<br>(X)Present |
| AUSA: Allison Danner<br>Interpreter: _____<br>USPO: _____ | DEF ATTY: Steve Kalar, Phil Vaughn, Julia Jayne |

**REASON FOR HEARING** D's Motion to Suppress, Motion in support of Rule 15 deposition

**RESULT** The Court sets an evidentiary hearing.  The Court advises the defendant of potential conflict of interest with counsel Phil Vaughn representing other parties/witness.  The defendant's waive their right to new counsel and request that current counsel continue to represent them.

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** July 8, 2008 @ 9:00 a.m.   **for** Evidentiary Hearing

**JUDGMENT** _____

Notes: _____