**UNITED STATES DISTRICT COURT**          **THE HONORABLE CHARLES R. BREYER**
**NORTHERN DISTRICT OF CALIFORNIA**         Courtroom Clerk: **Barbara Espinoza**

<u>CRIMINAL PRETRIAL MINUTES</u>

Date: <u>**July 08, 2008**</u>

Reporter**:** <u>**Lydia Zinn**</u>

**Case No:** <u>**CR-07-0654-CRB**</u>          **DEFT:** <u>**LINDA ASHIEGBU**</u>
**related Case No: CR-07-0677CRB**          **DEFT:** <u>**DORIS ANYANWU, ANDREW ASHIEGBU**</u>
                                     (X)Present

AUSA:  <u>Allison Danner</u>          DEF ATTY: <u>Steve Kalar, Julia Jayne, James Vaughn</u>
Interpreter: <u>_____</u>
USPO:  <u>_____</u>

**REASON FOR HEARING** <u>Status Conference_____</u>

**RESULT** <u>Motions withdrawn by defendant L. Ashiegbu.  Future dates set as to counsels request.</u>
<u>Time excluded for effective preparation of counsel and the unavailability of counsel for L. Ashiegbu</u>
<u>from 7/08/2008 to 7/23/2008.  Time excluded for effective preparation of counsel for D. Anyanwu from</u>
<u>7/08/2008 to 8/20/2008._____</u>


Motions (if any) to be filed<u>_____</u>
Motions to be noticed to be heard no later than <u>_____</u> otherwise, they will be deemed to
be waived.

**Case Continued to** <u>July 23, 2008 @ 2:15 p.m.</u>  **for** <u>Change of Plea/Trial Setting on CR-07-654CRB</u>
          <u>August 20, 2008 @ 2:15 p.m</u> **for** <u>Change of Plea in CR-07-0677CRB D. Anyanwu</u>


**JUDGMENT**<u>_____</u>
<u>_____</u>

Notes:<u>_____</u>
<u>_____</u>